UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
DOCKET NO. 7:09CR00036-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| RICHARD L. DAWSON, | ) | |

It now appearing to the court that the said Richard L. Dawson died on or about December 26, 2011. At which time a remaining liability existed in the amount of $9,949.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 20th day of February, 2013.

MALCOLM J. HOWARD
U.S. District Court Judge